# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0749

VERSUS

SEDRICK HILLS

**AUGUST 16, 2021**

---

In Re: Sedrick Hills, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-14-0792.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to include a copy of the bill of information, the pleading at issue, the state's opposition, the pertinent court minutes, and he failed to update this court concerning the status of this case. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(3), (8), (9), and (10). Counsel also failed to comply with Local Rule 8(G), by failing to include in the Declaration the judge's and opposing counsel's telephone numbers. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT